**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | ) | |
|---|---|---|
| **ERIC JONES** | ) ) ) ) | |
| vs. | ) ) | **Case No.** 1:24-cv-03232 |
| | ) ) | **Judge Joan H. Lefkow** |
| **AMAZON.COM SERVICES LLC.** | ) | |

## SCHEDULING ORDER

The parties, having held a scheduling conference attended by Travis P. Lampert for the plaintiff(s) and Taylor L. Haran for the defendant, as required by Fed. R. Civ. P. 26(f), and having appeared before the Court on June 26, 2024 for an initial status hearing, submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference will not likely result in the disposition of the case.

(B) The parties have issued Rule 26(a)(1) disclosures.

(C) Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by August 16, 2024. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on January 17, 2025.

(E) At this time, the Parties are unsure if expert discovery will be needed, and request the Court set a status hearing at a later date to determine an appropriate expert discovery schedule, if needed.

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

(G) This case is set for status on September 25, 2024 at 9:30 a.m. in courtroom 2201.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Also at this status hearing, the court will set a schedule for disposition of the case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**

The parties do not consent to have their case proceed before a magistrate judge.

ENTER:

Date: June 27, 2024

_____
JOAN HUMPHREY LEFKOW
U.S. District Judge